**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-6271**

_____

UNITED STATES OF AMERICA,

                                        Petitioner - Appellee,

         versus

BRYAN LUTHER THOMAS,

                                        Respondent - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, Senior
District Judge.  (5:06-hc-02152-BR)

_____

Submitted:  October 19, 2007        Decided:  November 6, 2007

_____

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Thomas P. McNamara, Federal Public Defender, Jane E. Pearce,
Assistant Federal Public Defender, Diana Pereira, Research and
Writing Specialist, Raleigh, North Carolina, for Appellant. George
E. B. Holding, United States Attorney, Anne M. Hayes, Assistant
United States Attorney, David Huband, Special Assistant United
States Attorney, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bryan Luther Thomas appeals the district court's order of civil commitment under 18 U.S.C. § 4246 (2000). He contends the evidence was insufficient to support the district court's conclusion that if released, he would pose a substantial risk of bodily injury or serious damage to the property of others. In light of the evidence presented to the district court, we conclude its finding of substantial risk is not clearly erroneous. Accordingly, we affirm for the reasons stated by the district court. See United States v. Thomas, No. 5:06-hc-02152-BR (E.D.N.C. Feb. 7, 2007).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED